RECEIVED
OCT 13 2020
BY MAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| SHEIK A. L. MARTIN ALI EL BEY, PRO SE ) <br> PETITIONER/COMPLAINANT/U.S. WITNESS ) <br> V. ) <br><br> KANSAS CITY MISSOURI POLICE DEPART- <br> MENT AND ITS COMMISSIONERS; JANETTE <br> RODECAP, JACKSON COUNTY CIRCUIT – <br> COURT JUDGE; MISSOURI DEPARTMENT OF <br> MENTAL HEALTH; ET AL., <br><br> DEFENDANTS. | Case No. _____ <br> *To Be Provided By The Court* <br><br> *Plaintiff Demands A Trial By Jury* |

## CIVIL RIGHTS COMPLAINT UNDER THE CIVIL RIGHTS ACT SECTIONS 1981 AND 1985(2)(3)

COMES NOW THE PETITIONER SHEIK A. L. MARTIN ALI EL BEY AND FILES THIS ABOVE FOREGOING CIVIL ACTION WITH THE AFOREMENTIONED FEDERAL COURT DIRECTLY UNDER THE FIRST,FOURTH, FIFTH,SIXTH,SEVENTH,EIGHTH,THIRTEENTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES AND PURSUANT THE AFORESAID CIVIL RIGHTS STATUES AGAINST THE ABOVE STATED DEFENDANTS AND FOR SPECIAL FEDERAL RELIEF FROM THE COURT FOR REDRESS OF HIS GRIEVANCE WHERE NO AVAILABLE STATE REMEDY CURRENTLY EXIST TO ADDRESS THE GRAVMEN OF HIS CLAIMS. IN SUPPORT HEREOF, PLAINTIFF STATES AS FOLLOWS:

STATEMENT OF FACTS

(1) PLAINTIFF HAS BEEN AN ACTIVE EXECUTIVE RULER AND PARLIAMENTARY MEMBER OF THE ADEPT CHAMBER OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INC. FROM THE MOMENT HE WAS GIVEN THE KEY OF DAVID THRU A PRAYER FROM OUT OF THE 119TH PSALM AND APPOINTED THE LEGAL TITLE OF SUPREME GRAND ADVISOR AND MODERATOR SYMBOLICALLY REFERRED TO IN BOTH ACT 18 AND ACT 19 OF OUR BOOKLET OF RULE AND REGULATIONS OF THE MOORISH SCIENCE TEMPLE OF AMERICA,INC. DURING THE MID- NINETEEN-EIGHTIES TO THE PRESENT DATE, AND SIMULTANEOUSLY WHILE HE WAS A PRISONER BEING HELD IN THE "SUPPOSED" LEGAL CUSTODY, CONFINEMENT AND CONTROL OF THE MISSOURI DEPARTMENT OF CORRECTIONS (DEFENDANT) REFFERED TO IN THIS COMPLAINT. (2) THAT A SPECIAL FEDERAL MOORISH MASONIC BONA FIDE ADEPT OFFICIAL PERSONAL IDENTIFICATION LICENSE CREDENTIAL COMMISSION CURRENTLY EXISTS OF WHICH COMPLEMENT AND PERSONALLY IDENTIFIES PLAINTIFF'S PERSON AS BEING THE PRESENT SUPREME GRAND ADVISOR AND MODERATOR OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INC. INSTEAD OF BY THE RACIALLY DISCRIMINATORY CHRISTIAN NAMES AND SLAVE-MARKS ANTHONY LEE MARTIN AND NEGRO, BLACK, COLORED AND OR ETHIOPIAN THAT THE State of Missouri DEFENDANT AGENCIES CONTINUE TO UNCONSTITUTIONALLY IDENTIFY HIM BY; IN THEIR ARBITRARY INSTITUTIONAL CLASSIFICATION FILES AND RECORDS. (3) FOR THE PURPOSE OF UNLAWFUL CONSPIRACY IN CAHOOTS, COLLUSION, CONFEDERATION AND AGREEMENT WITH EACH OTHER UNDER COLOR OF STATE LAW. (4) TO KNOWINGLY, WILLFULLY, FLAGRANTLY AND INTENTIONALLY DEPRIVE PLAINTIFF OF LIFE, LIBERTY AND PROPERTY WITHOUT ADEQUATE PROCEDURAL DUE PROCESS; AND IN FURTHERANCE TO DENY HIM THE EQUAL PROTECTION, PRIVILEGES AND SOVEREIGN DIPLOMATIC IMMUNITES CREATED UNDER CLEARLY ESTABLISHED CONSTITUTION(S) AND FEDERAL MANDATE LAWS OF THESE UNITED STATES. (5) THAT THE DEFENDANTS AND THEIR STATE AGENCIES HAVE AT ALL DATES AND TIMES RELEVANT TO THIS COMPLAINT KNOWINGLY, WILLFULLY AND INTENTIONALLY DENIED PLAINTIFF THE EQUAL PROTECTION AND SOVEREIGN DIPLOMATIC IMMUNITIES. *Including but not limited to:*

HE IS LEGALLY ENTITLED TO DIRECTLY UNDER THE VERY CURRENT EXISTENCE OF THE AFOREMENTIONED SPECIAL FEDERAL MOORISH MASONIC BONA FIDE ADEPT OFFICIAL PERSONAL IDENTIFICATION LICENSE CREDENTIAL OF WHICH COMMISSION HIM CERTAIN SOVEREIGN POWER AND HONOR TO RULE AND OVERSEE THIS LAND CALLED THE UNITED STATES UNDER THE AFORESAID FEDERAL MANDATE AND FURTHER AS IS SYNBOLICALLY REFERRED TO IN THE ATTACHED EXHIBIT _E6_ DOCUMENT AND ACT 18 & ACT 19 OF OUR BOOKLET OF RULE AND REGULATIONS OF THE MOORISH SCIENCE TEMPLE OF AMERICA, INCORPORATED. (6) THAT THE DEFENDANTS AND THEIR AGENTS HAVE TAKEN STEPS TO COVERUP AND CONCEAL THE EXISTENCE OF THIS CONTINUOUSLY ON-GOING CIVIL RIGHTS CONSPIRACY AT ALL DATES AND TIMES RELEVANT TO THE FACTS OF THIS COMPLAINT AND DIRECTLY IN VIOLATION OF THE FEDERAL FRAUDULENT CONCEALMENT DOCTRINE. BY AND THRU SUCH RACIALLY DISCRIMINATORY NAMES, STIGMAS, INVIDIOUS ANIMUS, CLASSIFICATIONS AND RESTRAINTS ARBITRARILY AFFECTING HIS FUNDAMENTAL U.S. CONSTITUTIONAL FEDERALLY-PROTECTED CIVIL LIBERTY INTEREST RIGHTS TO BE FREE FROM INVOLUNTARY SERVITUDE, CRUEL AND UNUSUAL PUNISHMENTS, DOUBLE JEOPARDY AND OTHER GROSS VIOLATIONS OF BOTH STATE/FEDERAL LAWS REPUGNANT TO THE CONSTITUTION OF THE UNITED STATES AND IT BY LAWS. (7) WHILE PRESENTLY HOLDING PLAINTIFF'S PERSON IN THE "SUPPOSED" LEGAL CUSTODY, CONFINEMENT AND CONTROL OF THE DEFENDANT MISSOURI DEPARTMENT OF MENTAL HEALTH FULTON STATE HOSPITAL AGAINST HIS PERSONAL WILL AND WITHOUT HIS AGREEMENT OR CONSENT WHEN SIMULTANEOUSLY THE AFORESAID LICENSE CREDENTIAL COMMISSION AUTHORITY CURRENTLY EXISTS THAT IS AUTOMATICALLY SUPPOSE TO BESTOW UPON COMPLAINANT SOVEREIGN DIPLOMATIC IMMUNITY THRU THEIR VERY EXISTENCE. SEE CONTENT OF THE SPECIAL FEDERAL DOCUMENTS ATTACHED HERETO AS EXHIBIT _E6_ , EXHIBIT _E7_ , EXHIBIT _1A_ , EXHIBIT _1B_ AND EXHIBIT _E2_ . Including but not limited to:

(8) THAT THE DEFENDANTS KANSAS CITY POLICE DEPARTMENT(KCPD) AND JACKSON COUNTY CIRCUIT COURT HAS ESTABLISHED A PATTERN OF UNLAWFULLY INTERFERING WITH THE PLAINTIFF IN THE PERFORMANCE OF HIS SPECIAL FEDERAL MOORISH MASONIC BONA FIDE ADEPT OFFICIAL DUTY OF SEEKING TO ENFORCE THE SPECIAL FEDERAL CONTRACT HE SIGNED WITH THE UNITED STATES FEDERAL GOVERNMENT TO SECURE THE KEY OF DAVID IN THE INTERESTS OF U.S.NATIONAL SECURITY. WHEN THEY HAVE ON MORE THAN ONE OCCASION DIRECTLY AND INDIRECTLY SUBJECTED HIS PERSON TO UNLAWFUL CONFINEMENTS,ARRESTS AND CRIMINAL PROSECUTION UNDER THE COLOR OF STATE LAW AT ALL DATES AND TIMES RELEVANT TO THIS COMPLAINT. WHILE PLAINTIFF IS SUPPOSED TO BE LEGALLY ENTITLED TO SOVEREIGN DIPLOMATIC IMMIUNITY PRIVILEGES AND SPECIAL FEDERAL PRO-TECTIONS THRU THE VERY EXISTENCE OF THE AFORESIAD SPECIAL FEDERAL MOORISH MASONIC BONA FIDE PERSONAL IDENTIFICATION LICENSE CREDENTIAL COMMISSION REFERRED TO IN THE SPECIAL FEDERAL DOCUMENT ATTACHED HERETO AS EXHIBIT E6 ; AND VIOLATES TITLE 42 U.S.C. SECTIONS 1981, 1985(2)(3) AND 1986 OF THE AFORESAID TITLE AND SECTIONS THEREUNDER. (9) THAT WHILE PLAINTIFF WAS BEING HELD UNCONSTITUTIONALLY CONFINED IN THE DEFENDANT CENTER FOR BEHAVIORAL MEDICINE(CBM) OF THE DEFENDANT MO. DEPT. OF MENTAL HEALTH(DMH) THE DEFEN-DANTS MENTAL HEALTH TECH WORKERS UNLAWFULLY SUBJECTED PLAINTIFF TO THE CRUEL AND UNUSUAL PUNISHMENTS ASSERTED IN THE ATTACHED EXHIBIT E14 ; (10) AS WELL AS SUBSEQUENTLY AND PHYSICALLY HELD HIS PERSON DOWN ON THE FLOOR AND FORCIBLY INJECTED HIM WITH A PSYCHOTROPIC DRUG AGAINST HIS WILL AND FURTHER WITHOUT HIS CONSENT. (11) That from the date of 9-2-20 to present, Plaintiff has been coerced into taking psychotropic drugs under duress and threatend by Defendant(s) and their agents with forced admini-stration (Injection) of such drugs if he refuses to take them orally. This is done by them with intent to impede and obstruct (thru usage of these mind altering drugs) Plaintiff's mental focus equilibrium to furthermore hinder and prevent him in his (Federal official) endeavors to enforce the aforementioned (Contract) and secure The Key of David to continue violating and contravening Title 42 U.S.C. Sections 1981, 1985(2), 1986; and Special Federal Mandate 'laws.

(12) That while at (CBM) and Fulton State Hospital (FSH) Defendant(s) and their agents have a continued custom and practice (pattern) of unconstitutionally depriving the Plaintiff and others similiarly situated; adequate access to' up to date law library, law books, legal material, or computer research lab without procedural due process to prepare legal documents for filing to the Courts and other State and Federal agencies for redress of their grievances. In vio-lations of the First and Fourteenth Amendments to the Constitution of the United States. See Content of Exhibit E3 attached hereto.

(13) That while Plaintiff was at (CBM) he filed numerous complaints and sent them thru U.S.Mail to U.S. Attorney, Federal Bureau of Investigation (FBI), U.S. Marshal's Service, and Public Official Corruption Unit of the Missouri Attorney General Office, all to no avail! Plaintiff hereby sin-cerely believe that all said U.S.mailings have been hindered by Defendants and their agents both directly and indirectly to further obstruct the administration of justice and the (Federal Official) ability of Plaintiff to notify government officials about their the Defendants illegal activities aforementioned.

(14) That the Defendants and their agents have at all dates and times relevant to this com-plaint. Been actively participating in the direct and indirect unlawful usage of Plaintiff's names, personal private property, and Federal Social Security Informations without his consent, permission or knowing agreement. To further the object of their on-going civil and criminal conspiracy against his fundamental U.S.Constitutional federally-protected civil liberty interest rights, protections, privileges and sovereign diplomatic immunities as is asserted and attested to herein. Including but not limited to:

(15) That while at (CBM) Plaintiff was subjected to missing approximately (28 Food Tray Meals) and loss of approximately 14 pounds in weight. Due to the Defendants causing him to conduct a peaceful "Food Strike Protest"; because they were attempting to force the psychotropic drugs on him. See Exhibit 1C attached hereto.

(16) That the Defendants and their agents have at all dates and times relevant to this Complaint. Directly and indirectly sought to continue unlawfully conspiring to violate his fundamental U.S. Constitutional civil liberty interest rights clearly established, created, and guaranteed to him as a federally-born and naturalized citizen inhabitant of the United States of America. While simultaneously (all at the same time) depriving him of the life, liberty, property, license credential commission, honor and federal protections, privileges and sovereign diplomatic immunities that he is "supposed" to be legally entitled to automatically receive just exactly like his: (Supreme Grand Advisor and Moderator Predecessors) before him; and as referred to and attested in the special federal documents attached hereto as Exhibit E6 and Exhibit E1. These documents represent the (Gravamen) of Plaintiff's claims; and present issues dealing with his free national identity status as well as U.S. National security.

OUR Symbolic Footstools

(17) That this foregoing Civil rights conspiracy complaint hereinafter seeks to "sue" the Defendants, their agents, owners, operators, personal corporate partners, shareholders, sponsors, decision makers, shot callers and ring leaders. In all of their assumed legal personal corporate official partnerships, contracts, stocks, shares, bonds, debentures and sponsorships. Who have in any and all illegal ways, at any and all dates and times relevant to this complaint; directly and indirectly been active participants. In the unlawful conspiracy asserted and attested to herein, that has caused the Irreparable Loss and Deprivations of the Plaintiff's Fundamental U.S. Constitutional federally-protected civil liberty interest rights, protections, privileges and diplomatic immunities clearly established, created and were guaranteed to him; at all relevant dates and times Pursuant to and for violations of Title 18 U.S.C. §§241, 242; Title 42 U.S.C. Sections 1981, 1985(2)(3), 1986; Missouri Constitution and its by laws; Chapter 610 of the Revised Statues of Missouri; Chapter 32 & 36 of the Hurd's Revised Statues; Constitution of the United States and IT By laws; Code of Federal Regulations and other Federal laws. See content of Exhibit E5, Exhibit E6, Exhibit E7, Exhibit E8, Exhibit 1A, Exhibit E12, and Exhibit E14. See also United States Supreme Court decision in U.S. v. Price, 383 U.S. 800; 806 (1966)

(18) That the Defendants and their agents knew or should have known they were violating fundamental U.S. Constitutional federally-protected civil liberty interest rights of the Plaintiff at all dates and times relevant to this above-styled complaint.

(19) That the Defendants and their agents were acting under the color of both State and federal law at all relevant dates and times hereto.

(20) That the Defendants and their agents active participation in the unlawful conduct as is asserted, referred to and attested in sections (1) thru (19) above of and to the statement of facts violated several federal and state statutory laws and Plaintiff's fundamental rights created and clearly established under them; at all dates and times relevant hereto.

(21) That the Defendants and their agents actions and corrective inaction as is asserted and attested to in the facts has caused the Plaintiff(s) to suffer the irreparable loss and deprivation of their fundamental U.S. Constitutional federally-protected civil liberty interest rights created, clearly established and guaranteed to them directly under the First and Fourteenth Amendments to the Constitution of the United States.

(22) That as a direct result of the Defendants actions and corrective inaction as is asserted, attested and referred to in sections (1) thru (21) of and to the statement of facts. Defendants and their agents have caused Complainant to suffer the Irreparable Loss and Deprivation of his fundamental U.S. Constitutional and Federally-protected civil liberty interest rights clearly established, created and guaranteed to him. Directly under the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Thirteenth and Fourteenth Amendments to the Constitution of the United States and IT By-Laws; Title 42 U.S.C. Sections 1981, 1985(2)(3), 1986; the (KKK) Act; Administrative Procedure Act (APA); Religious Freedom Restoration Act (RFRA); Act 18 and Act 19 of OUR Booklet of Rules and Regulations of The Moorish Science Temple Of America, Inc.; and (United States National Security Act) under Title 50 of the United States Code as is asserted, attested, and federally testified to in sections (1) thru (21) above of and to the Statement of facts in this foregoing Civil Rights Conspiracy complaint. Including but not limited to:

(23) That Plaintiff hereby sincerely believe himself to be a Special United States Federal Witness who is now exercising his federal right to appear and present federal information and testimony in these federal proceedings before this federal court. Due to the fact that he has federally witnessed the Defendants and their agents criminally violate both federal and State statutory laws and his fundamental U.S. Constitutional federally protected civil liberty interest rights created, clearly established and guaranteed to him under them. As is asserted, attested and referred to in sections (1) thru (22) above of and to the Statement of facts hereinafter presented in this Complaint.

(24) That Plaintiff hereby truthfully assert and attest that the Defendants and their agents (Direct and Indirect) actions, and corrective inaction as presented and referred to in sections (1) thru (23) above of and to the statement of facts set forth in this foregoing Complaint. Constitute the existence of Civil and Criminal conspiracies against the clearly established fundamental U.S. Constitutional and federally-protected civil liberty interest rights of the Plaintiff(s). Directly in violations of Title 18 U.S.C. Sections 241, 242; Title 42 U.S.C. Sections 1981, 1985(a)(3), and 1986.

(25) That the Defendants and their agents (direct and indirect) 'active participation' in the unlawful conspiracies attested and referred to in sections (1) thru (24) of and to the Statement of facts in this above foregoing complaint. Have been continuously on-going for over a thirty-five (35) year period of time up to the present date; and until such time one or more of the Defendants comes forth and renounce the conspiracies. Unlawful Conspiracy continues against the Plaintiff(s) rights directly in violation of Title 18 U.S.C. Section 241.

(26) Plaintiff hereby Demand a Trial by Jury on all issues triable to a Judge and or jury.

## Plaintiff's Request For Special Federal Relief

Wherefore, in view of the Statement of Facts Plaintiff hereby respectfully assert and attest to in Sections (1) thru (26) above (Pro se); IT the Complainant does hereby request the official United States District Court vanguard to hereinafter grant and/or provide him all of the following Special Federal Relief from the aforementioned Federal District Court in IT favor; against any and all of the Defendants and their agents as is referred to in the (Exhibit 1A) document (Attached) hereto:

a) Prompt and proper process, service and filing of this above-styled civil rights conspiracy complaint to and with this Court and all appropriate parties. Thru entertaining Complainant's (Exhibit E1) Affidavit to proceed in forma pauperis without prepayment of the filing fees (pro se) and in view of the facts set forth in paragraph (16) above; and/or in the alternative grant Plaintiff's (E2) Special Federal Moorish Adept Official Appanage Motion for the reasons stated therein;

b) Appointment of a special independent counsel;

c) Injunctive and Declaratory Relief;

d) Adequate opportunity to conduct and complete Discovery process in accordance with the Federal Rules of Civil Procedure (FRCP) and with the assistance of special independent counsel. Discovery will help Plaintiff make Defendants and their agents produce all of the necessary information, documents, articles, and other discoverable transportable tangibles he seeks as referred to in the (Exhibit E8) document (Attached) hereto; of which are directly relevant to the subject matter of this case and are needed to also prove his claims thru (FRCP) and the Freedom of Information Act (FOIA) Title 5 U.S.C. Section 552;

e) Compensatory and Punitive Monetary Damages in Plaintiff's favor against any and all of the Defendants and their agents named and/or referred to herein (Inclusive the U.S. Government); and against them Pursuant to and for violations of Title 42 U.S.C. Sections 1981, 1985(a)(3) and 1986; In the total amount of: (Seven Hundred and Seventy-Seven Billion U.S. American Dollars Federal Reserve Note Currency: $777,000,000,000): As a direct and indirect result of their actions and corrective inaction and failure to protect Plaintiff from their illegal activities of civil conspiracy as is set forth and referred to in Sections (1) thru (26) above and as Complainant assert and attest in the statement of facts. Defendants and their agents have traumatized Plaintiff for over thirty-five (35) years and further caused him to suffer gross physical, mental and emotional pains, anguish, duress, involuntary servitude, cruel and unusual punishments; and the Irreparable Loss and Deprivation of his Fundamental U.S. Constitutional and Federally-protected civil rights, protections, privileges, and diplomatic immunities; and further deprived of life, liberty and property without equal protection and procedural due process under the laws and Constitution of the United States and IT By Laws. Including but not limited to:

f) That the United States District Court hereinafter allow Plaintiff to (Immediately) cancel and rescind any and all (Contracts) corporately connected to the Plaintiff (pro se) and IT Moorish Science Temple Of America, Inc. Based upon and in view of the statement of facts he hereby assert and attest against the Defendants and their agents named, listed and/or referred to herein Paragraphs (1) thru (26) a)-e) above. Until such time, IT the Complainant and IT Federal Courts has adequate opportunity to personally and judicially determine which (Contracts) should be kept in force and effect; in the interests of United States National Security. As well as determination of those (Contracts) that have proven to be detrimental and extremely (Pernicious) to the proper running and operation of The Moorish Science Temple Of America, Inc.; Plaintiff's (Appurtenances) as a federally-born and naturalized citizen inhabitant of the United States with (The Blood of The Lamb) and IT Immediate National Security Implications that inevitably can no longer be ignored and or hindered in the purpose for spiritually existing and reason for such having been bourne in Plaintiff's physical human form all of those many years ago and further why the federal government put him on the special list to receive (The Key of David) sovereign ruler authority and honors at issue; and give rise to this complaint.

g) That the Federal Court (Official government vanguard) hereinafter grant and/or provide Special federal 'Tax Lien' proceedings be (Incorporated) as part of the Special federal relief sought from the Court against any and all of the Defendants and their agents named, listed and/or referred to in this complaint. Due to the fact that they have been unlawfully using the Plaintiff's names and other personal private property as well as his Federal Social Security informations without his authorization or knowing permission. For purposes of federal fraud, deceit, extortion, embezzlement and a form of (Identity) theft. To further the object of their unlawful conspiracy against his civil liberty interest rights as he assert, attest and refer to herein; and for said special federal tax lien proceedings be (Initiated) for the (Immediate) lien, annexation, freezing and taxation of any and all financial accounts, monies, contracts, bonds, property, federal reserves, banks, assets, and gold, platinum, silver: (Depositories) of the Defendant's and their agent and corporations. Including but not limited to: (In the Plaintiff's favor inclusive any and all assets, tangibles and property referred to in: 'Act Nineteen of the Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc. and for the (Sole) good usage of Plaintiff in the Interests of U.S. National security. Including but not limited to:

h) That the U.S. District Court allow Plaintiff to use IT Special Federal Eminent Domain Powers in this case as part of the (Punitive Relief) Plaintiff seeks against the Defendants and their agent Missouri Department of Mental Health (DMH). Whereby this Federal Court hereinafter issue a Special Federal Order against them in Plaintiff favor for the (Immediate) shutting down and annexation of the Center for Behavioral Medicine (CBM) and New: Fulton State Hospital (FSH). So that these two (CBM) and (FSH) state agencies shall be (Immediately) transformed into (Special Federal Moorish Masonic Bona fide Adept Official United States Secret Service National Security Training Ground Installation (Oasises). To be made good usage of Plaintiff's forthcoming (Counter-Terrorism Orders Known as: Holy Special Seven Secret Service Security Police: (HSSSSSP) a/K/a: The Highest Order Of The Eastern Star (THOOTES): The Transitional Order Of The Thirteenth Star (TTOOTTS) and The Noble Black Shriner Order (TNBSO); and to be so made good usage of by them in the interest of U.S. National Security and IT Public Citizenry from any form or manner of Terrorist attacks. Instead of allowing the said (CBM) and (FSH) State agencies continue to be used to commit crimes against Plaintiff and others similarly situated: (In their unconstitutional) custody, confinement and control; Including but not limited to:

i) That the Federal Court hereinafter grant and/or provide "Class Action Certification" of this civil rights conspiracy complaint. Due to the facts presented herein and that IT seeks to legally represent the Constitutional fundamental federally-protected interests of Plaintiff and other persons similarly situated as well as the protected "Class of Citizen" persons who live in and enjoy the protections of U.S. National security; Including but not limited to:

<u>Request For Special Federal Writ of Habeas Corpus Release(s)</u>

j) That in view of the statement of facts and exhibit documentary evidence the Petitioner hereby assert and attest to in Paragraphs (1) thru (26) above. An exceptional and extraordinary change of circumstances currently exists. Whereby, the Plaintiff and other persons similarly situated are presently subjected to unlawful restraints upon their fundamental U.S. Constitutional Eighth and Fourteenth Amendment civil liberty interest rights of Equal Protection and Procedural Due Process under the law to be free from the Cruel and Unusual Punishment of currently being held unconstitutionally restrained in the "supposed" legal custody, confinement and control of the Defendant/Respondents and their (CBM) and (FSH) agencies; and so arbitrarily, capriciously, flagrantly, maliciously and cruelly (situate) them in such (Inhumane Conditions of confinement): while simultaneously these same Defendants and their agents are (Criminally Corrupt state agencies) and (active participants/defendants) in the on-going civil and criminal (Intra-corporate) Conspiracies presented herein. Including but not limited to:

k) That in view of the fact Defendants and their agents have Knowingly: Willfully and Intentionally: failed to provide and or render to Plaintiff production and access to the requested record documents information sought by him in the (Exhibit E5 and Exhibit E8) documents (Attached) hereto; within the time limits afforded by the (Sunshine Law Statue) of the State of Missouri to the present date and in furtherance of their attempts and steps taken to cover up and conceal the existence of the unlawful civil and criminal (Intra Corporate) conspiracies Plaintiff assert and attest to in section/Paragraphs (1) thru (26) above. That the Federal Court hereinafter find Defendants and their agents have violated Plaintiff's fundmental clearly established state-created rights under the Chapter 610 Revised Statue of Missouri (RSMo.), and that after 'ample notice' had been given. The aforesaid deprivations which currently exists to the present date. Resulted in the Kind of violation of Plaintiff's fundamental clearly established federal rights protected under Title 18 U.S.C. Section 241 made reference to and within the meaning of the U.S. Supreme Court decision of United States-Versus-Price, supra. as cited in Plaintiff's (Exhibit E7) and (Exhibit 1A) documents (Attached) hereto. Including but not limited to:

l) That in view of the fact the Defendants and their agents continue to deprive the Plaintiff and other persons similarly situated (to the present date) adequate access to up to date law library, law books, legal material, legal computer research lab, etc. As the Plaintiff assert and attest to in IT Original Grievance Complaint Case#0420-L021-09 referred to in (Exhibit E3) that's (Attached) hereto. That the U.S. District Court find Defendants and their agents violated their fundamental First and Fourteenth Amendment federally-protected clearly established rights guaranteed to them directly under the Constitution of the United States and violated Title 18 U.S.C. Section 241, within the meaning of the United States Supreme Court Case decision in U.S. v. Price, supra. and are the same Kind of rights protected under the aforesaid Title and Section thereunder. Including but not limited to:

### Let IT People Go!

m) That in view of the facts Plaintiff hereby assert and federally testifies to in Paragraphs (1) thru (26) above and Content of Sections (a-l) of and to these foregoing request for special federal relief. The United States District Court hereinafter make a Judicial determination finding that Petitioner and each of them (similarly situated) in the (CBM) and (FSH) state agencies shall hereinafter be legally entitled to (Immediate) Special Federal Writs of Habeas Corpus Release From Custody and the Necessary Declaratory Injunctive Order to be prepared by and issued from this aforementioned Federal Official Vanguard Court on IT Honor and Oath of Office Constitutionally Commanding such Release(s) occur from out of and from out from under the Defendants and their agents aforesaid unconstitutional Custody, confinement and control. Pursuant to Title 28 U.S.C. Section 2254; the First, Eighth, Thirteenth and Fourteenth Amendments to the Constitution of the United States: and furthermore directly under the "exceptional and extraordinary circumstances criterion" handed down by the United States Supreme Court in the case of Fay v. Noia, 372 U.S. 391 (1963); Including but not limited to:

n) That the U.S. District Court take Judicial notice of the fact that the (Human Resources) referred to in Paragraph 9 of the (Exhibit E7) document (Attached) hereto. Is a (Corporate) part of (IT United States Department of Justice) and is therefore entitled to the federal criminal exemptions referred to in Paragraphs (1) thru (17) of and to the (Exhibit E7) document. Including but not limited to:

### Request For Special Federal Writ of Mandamus

o) That the U.S. District Court acknowledge Plaintiff as the Special United States Federal: (Pro se) Prosecutor and Complainant in the Special federal proceedings presented and attested to by him as is referred to in Paragraphs (1) thru (26) above of and to the statement of facts and federal witness testimony set forth herein; and that this aforementioned Federal Court utilize its official judicature powers to hereinafter issue a 'special writ of mandamus' Commanding the civil Defendant United States Department of Justice and IT appropriate (Executive Rulers of The Moorish Science Temple Of America Incorporated Adept Chamber Assumed Official Agents) referred to in this case as parties. To immediately deliver and place in IT the Plaintiff's hands any and all of the special federal personal identification license Credential, Badge and other transportable tangible merchandise that federally identify and complement him as currently being the Present Supreme Grand Advisor and Moderator of The Moorish Science Temple Of America, Inc. As is (Administratively Required) of them in the currently existing mandate commission symbolically referred to in (Act 18 and Act 19 of OUR aforementioned Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc.) At (adept agenda issue) in the (Exhibit: Exhibit E6 and Exhibit E7) documents (Attached) to this above-styled complaint. To the extent IT shall be hereinafter able to make good usage of (Everything: Moorish) for proper (Identification) and (The Purpose) for which IT was Originally Created into existence wherever IT may (Presently) be and or so choose to dwell. Furthermore, in accordance with (APA) Title 5 U.S.C. Section 551 (13) as a result of his having filed this Kind of extraordinary Lawsuit proceeding in the interests of United States National security; Including but not limited to: This foregoing request for a writ of mandamus shall hereinafter issue in conformity with and in conjunction to Title 28 U.S.C. Section 1651: United States v. Nixon, 418 U.S. 683, 706 (1974): Will v. United States, 389 U.S. 90, 95 (1967). Including but not limited to:

## Request for Special Federal Moorish Masonic Bona fide Adept Official Meeting Session Conference Proceedings

p) That the Federal Court grant and or provide Plaintiff IT Administrative opportunity to call into Order and hold Special Federal Moorish Masonic Bona fide Adept Official Meeting Session Conference Proceedings as IT deem fit and proper between him and the Courts. In conformity with (Act 18 of OUR Rule and Regulations of The Moorish Science Temple Of America, Inc.) Concerning the Moorish Masonic adept agenda issues of the Grand Body and other legal subject matter directly relevant to and of which may hereinafter arise from out of the pendency of this above-styled case and further whereby some of the Grand Body members are Defendant parties hereto. Also to the extent interested true and faithful Members of OUR Moorish Masonic Society may listen and hear IT demonstrate and Teach about certain scientific measures; as well as witness him conduct some financial business transactions, give a lot of money away and pursue other worthy business venture (expeditionary) expenditures in the U.S. National Security. Such as making good usage of some of 'IT Federal Reserve Monies' toward the manufacture of additional U.S. Military high-tech modern armaments. In addition, Plaintiff seeks and intends to subsequently use any and all Compensatory and Punitive monetary damages awards resulting from out of this lawsuit to fund IT aforementioned forthcoming Special counter-terrorism orders. So, the above requested special meeting session conference proceedings is in best interests of Justice and U.S. National Security. Including but not limited to:

q) That the Federal Court take Judicial notice of the fact that <u>as a federally-born and naturalized citizen inhabitant of the United States of America. Plaintiff hereby and hereinafter Retain his Rightful Demand to a Trial by Jury on all (pro se) issues of material facts he assert and attest to in Paragraphs (1) thru (26) above. That are triable to a Jury: Directly under the Seventh Amendment to the Constitution of the United States and IT by Laws.</u> Including but not limited to:

r) That the Federal Court provide true and correct complete copy of the legal proceedings in this above styled complaint to any and all appropriate parties attorney and to Plaintiff as current special United States Federal (Pro se) Prosecutor of record. Including but not limited to:

s) That the Federal Court grant and or provide Plaintiff (pro se) any and all other such further special federal relief and orders he has legally shown himself entitled to receive within the premise of the laws; and with the assistance of the United States Federal Marshal's Service. To insure that any Order and or Command issued from this Federal Court are adhered to by the Defendants and their agents. Including but not limited to:

t) That the Federal Court help the Plaintiff by granting him and other persons similarly situated all of the foregoing requested special federal relief from the Court against the Defendants and their agents named, listed and or referred to herein. In conformity with (Act 11 and Act 15 of OUR Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc. and as a special federal Vanguard official part and federal corporate judicatory branch of IT as symbolically referred to as Moorish Vanguard in the (Exhibit E6) document (Attached) hereto. Including but not limited to:

u) That the Federal Courts acknowledge that you no longer have to obey any type or kind of Order and Command issue of and or from any of the Defendants and their agents named, listed, and or referred to in Paragraph (17) of and to this Complaint. Due to the fact that all of them automatically forfeited and were officially discharged from office when they failed to place any and all transportable tangible merchandise in the hands of Complainant herein for over thirty-five years to present date; as is administratively required by the (Act 19 mandate) set forth in OUR aforementioned Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc. Thru their unlawful supplanting and subversive intrigue pernicious scurrilous cunning way outside the scope of their former official function on some foolish folly of their own bad planning.(Revelation 3:10): Including but not limited to:

### Declaration

IT the Complainant hereby declare under the laws of the United States that the above foregoing and the content of same is true and correct. Pursuant to <u>Title 28 U.S.C. Section 1746</u>. Executed on this 7th day of October 2020. Signature _Sheik A. L. Martin Ali El Bey_

Plaintiff: Special Federal:(Pro se): Witness: Chief Gate Keeper: Custodian: Kinsman Redeemer: Ambassador: Present S.G.A & M.
Current Residence 600 East 5th St.
Fulton, Mo. 65251

### Certificate of Mailing

IT the Plaintiff hereby certify that a true and correct complete copy of the above foregoing has been sent thru: U.S. Mail: postage paid on this 7th day of October 2020 to:

United States District Court, Eastern District of Missouri c/o Clerk of the Court
111 South Tenth Street, Saint Louis, Mo. 63102

*Salvation*          ALLAH          *Unity*

The Moorish Science Temple
Of America Incorporated Founded
by The Holy Prophet **Noble Drew Ali**    Exhibit E6
In the State of Newark New Jersey 1913 A.D.

Bro. Col. C. Kirkman Bey, Past S.G.A. & M.   Bro. F. Nelson Bey, Past S.G.A. & M.   Bro. J. Blakely Bey, Past S.G.A. & M.

Present S.G.A. & M: **Sheik C.L. Martin Ali El Bey**

(Classified):     Chief GateKeeper: Custodian of The Moorish Science Temple Of America, Inc.

### The Great Meeting of Divine Adept Master Minds Is On!

Islam Moorish Vanguard!: These present Holy instructions hereby and hereinafter adept agenda issue even as angel know what IT shall all mean in conformity with act 15 and act 16 of OUR booklet of Rule and regulations of The M.S.T. of A, Inc. Just as:(Justice): sunlight now plays up-on:(Anything IT Teach and Illuminate): thru this particular method of:(Religious): application as astute bona fide adept divine master mind official deeply draw & reflect on the aforementioned:(Pictograph): of The Holy Prophet **Noble Drew Ali**:(Corporate Portrait): on the inside First front page of Our ~~Moorish~~ Holy Koran instruct and for:(Immediate Circulation Enforcement Into Execution): Praise Allah The Great Architect of the Universe and Honor All True Divine Prophets Ordained by Him. As follow herein is some of the Secret lessons the Isometric-minded are equally(well-balanced)while utilizing their third eye isosceles potential capa-bilities to industriously decipher Our Moorish Koranic allegorical algorithm in measure steps and degrees. The Illustrious Prophet **Noble Drew Ali** __ thus teaches you Vanguard Moors all the above foregoing from a Jesus perspective to elevate and enlighten the minds of those of you who have familial love for Him and earnestly desire to learn about some of His life works and teachings with much alacrity: Benares is the sacred City of the Brahms and in Benares Jesus taught. Udraka was His host^ and many High-born Hindu priest and:(Moorish): scribes were there and Jesus spoke to them with much delight " I speak to you concerning life, the brotherhood of life. The universal Allah is One, yet He is more than One all things are one." By the sweet breath of Allah all life is bound in one. So, if you touch a fiber of a living thing you send a thrill from center to the outer boundaries of life. And when you crush beneath your foot the meanest worm, you shake The Throne of Allah and cause The Sword of Life to tremble in IT sheath." This unity of Allah and man is on the higher level balance scale plane of Spiritual material ions and other particle substance(invisible to the naked eye yet exists in everything) thus inclusive of the line uniting divinity and matter. Now these organism diverse forms be scientifically manifesting animation thru the existence of the Breath of life Allah breathe forth into the cosmology of boundless space where seven others were all around binding everything in this Grand scheme of Creative Fate. IT also note that Elihu demonstrated "No man lives unto himself, for every living thing is bound by cords to every other living thing." For many years progressive Spiritual unfoldment within The Moorish National Divine Movement of North America has become regressively retarded due to intrigue and scurrilous cunning. Now everybody shall be able to clearly see why The Holy Prophet **Noble Drew Ali** _ _ _ _ warned the Moors "Do not allow any foreign moslems up in your rostrum." Just look at all of that abominable sacrilege that has been continuously ongoing because of the same kind of stubborn stiff neck disobedience that brings down wrath and destruction. Clearly the lower-self is pernicious and breeds hatred, slander, lewdness, murder, theft and everything that harms. This is the carnal nature man must fight that he might be the strength of Allah made manifest. All people in every nation has a higher and lower self within. Of paramount importance is for mankind to know that the higher-self is Allah's spirit in them. In a profound sense all people are brothers and sisters and like children un-der the Divine Guidance of Allah thru the everlasting gospel that comes from Him thru Our ancient fathers by His Prophets and the message of peace on earth goodwill to men. IT is the Spirit of Allah's All In All presence with us that binds all humankind to learn to love instead of hate. IT is man's True Spiritual nature (Origin from Allah) that impel us to have familial love for our fellow man in this journey of the (Asiatic Human Race). That also compel the nations to strive for peace and unity along with the pure whole hearted desire to be both prosperous and happy. The M.S.T. of A, Inc. Is the House The Holy Prophet **Nobel Drew Ali** __ built for the ultimate upliftment and uniting of all humanity (Asia). One of the main motif motto written on OUR Moorish Holy Koran is "The Uniting of Asia." This is the symbolic Root of the Word Asiatic-The Human Family Fruition Tree; and Asiatic roots of IT also became flesh thru command of Allah "Be fruitful and multiply blessings" causing A whole Lot of Holy Sex to be going on!: (Genesis Chapter 1). As men continue to Travel anywhere in the world. They shall bear in mind that they're All of the same True Spirit of Almighty God-Allah who dwells within us. The divisiveness of reprobate-minded individuals is what causes this deep black chasm of abysmal discord, chaos, disobedience and evil in OUR world. Men disrespect Allah and His Divine Plans for the Mankind Creation by debasing himself thru:(Negative): Activity, impure thoughts, words and deeds which causes great harm to others; and clearly as sin tears man further away from Allah and His Holy prophets! These finite carnal-minded men exhibit the said pernicious and scurrilous character-istic traits(exposed with dirt on their heads) to the harm of others. But even more so, to the harm of them-selves and those they hold to be most dear and close to them. What they do to others, they are actually doing to themselves unbeknownst of the type of wrath that forever hover over their heads of which can and eventfully shall make them Roll around and around down on the ground" like:(CBTH):by IT:&:(TNBSO). The very wicked things these workers of iniquity have been doing for over thirty-five(35) years is against Allah's will and against the will and agendas of His Holy Prophet The Lamb of God Representative of **Noble Drew Ali** _ _ _, because they Are Created Allah's Anointed and Ordained in Accordance with Divine prophecy. IT demonstration of OUR Holy Covenant of the Asiatic Nation herein contain Holy Instructions consistent with these above foregoing ones: that hereinafter seek to further Advise, Divinely Warn and Guide men to promptly adhere. (Continued on the Reverse of this page).

^ Udraka made a feast in honor of his guest

## A Holy Covenant Of The Asiatic Nation

Ye are the children of one father provided for by his care and the breast of one mother hath given thee suck. Let the bonds of affection therefore unite thee with thy brother(s) that peace and happiness may dwell in thy father's house. And when ye separate into the world remember the relation that bindeth you to love and unity and prefer not a stranger before thine own blood. If thy brother is in adversity assist him (Boaz). If thy sister is in trouble forsake her not (Ruth). So shall the fortunes of thy father contribute to the support of his whole race and his care be continued to you all in your love to each other. These holy and divine instructions is coming directly from the Illustrious Prophet ___Noble Drew Ali___ and as the Founding Father Figure Portrayed in His Koranic Pictograph of The Moorish Science Temple Of America, Inc. IT and All of His currently existing corporate:(Literary):Works containing instruction, order, command, mandate and or supreme edict Shall and must at all times be obeyed and adhere to. All true adept shall and must obey the word of The Prophet which is required by OUR Religious Incorporated rule, and by law regulations. Disobedience and contravention of these Supreme law mandate shall acquire swift immediate severe penalty consequences calling for the instant forfeiture of official and charter status and where appropriate wherein treasonous threats to U.S. National Security the penalty shall be physical death by execution or other severe punishment IT deem just and proper. The Holy Divine Prophet ___Noble Drew Ali___ took great pains in establishing this lawfully chartered and incorporated:(Spiritual Entity): in the State of Illinois. Of which was well-planned out by him and set into perpetual motion thru (OUR AUTHORITY) Affidavit of Religious Organization for:(The Great Program Purpose of Uplifting Fallen Humanity):and to Teach those things necessary to help make IT members condition better as Law Abiding citizens:(This organization of The Moorish Science Temple Of America is not to cause any confusion nor to overthrow the laws and Constitution of the said government but to obey and abide thereby). This free national Objective Comes freely thru the First Amendment Door of Religious Freedom that swings wide open for all mankind to come and worship and propagate under their own vine and fig tree and every nation must claim their own. The Holy Prophet ___Noble Drew Ali___ sound The First Trumpet "Come all ye Asiatic of North America and hear the truth about your nationality and birthrights. Because you are not negroes, colored folks, black people or ethiopians. Learn of your forefathers ancient and divine creed so that you may learn to love instead of hate!" The Holy Prophet ___Noble Drew Ali___:(Presently): Teaches you:(Official Moorish Vanguard): referred to herein that the First Original Peoples on earth were the Ancient Moabite Nation from the land of Moab; and all other nations descended from us. The modern name for Moabite is Moroccan. There is three(3) tribes of the ancient Moabites and they are of the El, Bey, and ___Ali___ tribal designation:'A Holy Nation of Allah's Masterful Planning and Design: The Illustrious Prophet ___NOBLE DREW ALI___ Knew that thru:(Adoption): &:(Society):'OUR Holy Nation:Can be reboot:(Redeemed/Resurrected): in such manner for the:(Rebirth):and ultimate upliftment of All mankind. This is where:(Chapter 32 and 36- of the Hurd's Revised Statues):come into the currently existing:(Special Federal Moorish Masonic Bona fide Adept Official Purview Agenda Issue as to whether or not the above signed:Chief Gate Keeper:Custodian:Warden: Ambassador: Divine Public Minister:Consular:Missionary: Vestryman:Supreme Grand Sheik:Sultan:Parliament Sovereign Command:Lamb of God Personage:(persona grata):duly:(Appointed):&:(Elected):by the:(Grand Body of Executive Rulers of the Adept Chamber of The Moorish Science Temple Of America Incorporated Third Heaven).....Is at all dates and times relevant hereto:(Federally Authorized): and:(Officially Consigned):by and thru:(Special Contract Agreement):with the:(Charge): of:(Securing):and:(Redeeming):'The Key of David: back to:(IT):Original pristine quintessence in:(Conformity)with the meaningful:(Special Federal Moorish Masonic Bona fide Adept Official Protections & Sovereign Diplomatic Immunity Privileges):Created, clearly established and guaranteed to Him pursuant Title 42 U.S.C. Sections 1981, 1985(2)(3), 1986? The above reference:(Asiatic Holy Covenant):Boaz & Ruth Measure; has the same:(Kindred):Kind of adversity:(advisement);requiring assistance that's:(Synonymously in concert):with the aforesaid:(Special Contract Agreement):for Him to:(Completely Redeem & Restore All of IT's "The Key of David"):and directly in correlation to His:(Presently Existing Special Federal Moorish Masonic Bona fide Adept Official Chief GateKeeper Custodian Kinsman Redeemer): position:(See Holy Bible Book of Ruth Chapter 4, verses 1 thru 10): In Combine:(Combination with the Special LAnd & Property MAndates Referred to in Holy Bible Book of Genesis: 13, 14, 15, 17, 18:17-19:22-23:And Act 19 of OUR Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc.) Ruth is the:(Ancestress-Ancestral Science):of OUR Moabite Mother Moorish Temple of which presently gives us suck:(Succor & Proper Nourishment):symbolically referred to in the Above reference Holy Covenant Instructions from out of OUR Moorish Holy Koran Jewels of Wisdom;as:(Taught):by the Illustrious Prophet ___Noble___ ___Drew Ali___ and of wisdom we have heard about in Chapters 1 thru 10 of the Holy Bible Book of Proverbs." This (Moorish Science Temple) is not made of brick, mortar, or stone; and as a: (Spiritual Holy Temple):IT shall never be destroyed nor further hedged about with finite bounds of any kind. In her (The Mother Temple) can also be found the (Supreme Edict) to all True and Faithful Moorish Vanguard Official directly from The Holy Divine Prophet ___"Protect I the Prophet___ and ___the Temple!"___ ___"Including but not limited to:

Salvation      ALLAH      Unity

The Moorish Science Temple
Of America Incorporated Founded
by The Holy Prophet Noble Drew Ali    Exhibit E6
In the State of Newark New Jersey 1913 A.D.

Bro. Col. C. Kirkman Bey, Past S.G.A. & M.    Bro. F. Nelson Bey, Past S.G.A. & M.    Bro. J. Blakely Bey, Past S.G.A. & M.

Present S.G.A. & M.: Sheik A.L. Martin Ali El Bey
Chief GateKeeper:: Custodian of The Moorish Science Temple Of America, Inc.

The Great Meeting of Divine Adept Master Minds Is On!

Islam Moorish Vanguard!: These present Holy instructions hereby and hereinafter adept agenda issue even as angel know what IT shall all mean in conformity with act 15 and act 16 of OUR booklet of Rule and regulations of The M.S.T. of A, Inc. Just as:(Justice): sunlight now plays up on:(Anything IT Teach and Illuminate): thru this particular method of:(Religious): application as astute bona fide adept divine master mind official deeply draw & reflect on the aforementioned:(Pictograph): of The Holy Prophet Noble Drew Ali:(Corporate Portrait): on the inside First front page of Our Moorish Holy Koran instruct and for:(Immediate Circulation Enforcement Into Execution): Praise Allah The Great Architect of the Universe and Honor All True Divine Prophets Ordained by Him. As follow herein is some of the Secret lessons the Isometric-minded are equally (well-balanced) while utilizing their third eye isosceles potential capabilities to industriously decipher Our Moorish Koranic allegorical algorithm in measure steps and degrees. The Illustrious Prophet Noble Drew Ali ___ thus teaches you Vanguard Moors all the above foregoing from a Jesus perspective to elevate and enlighten the minds of those of you who have familial love for Him and earnestly desire to learn about some of His life works and teachings with much alacrity: Benares is the sacred City of the Brahms and in Benares Jesus taught. Udraka was His host and many High-born Hindu priest and:(Moorish): scribes were there and Jesus spoke to them with much delight" I speak to you concerning life, the brotherhood of life. The universal Allah is One, yet He is more than One all things are one." By the sweet breath of Allah all life is bound in one. So, if you touch a fiber of a living thing you send a thrill from center to the outer boundaries of life. And when you crush beneath your foot the meanest worm, you shake The Throne of Allah and cause The Sword of Life to tremble in IT sheath." This unity of Allah and man is on the higher level balance scale plane of Spiritual material ions and other particle substance (invisible to the naked eye yet exists in everything) thus inclusive of the line uniting divinity and matter. Now these organism diverse forms be scientifically manifesting animation thru the existence of the Breath of life Allah breathe forth into the cosmology of boundless space where seven others were all around binding everything in this Grand scheme of Creative Fate. IT also note that Elihu demonstrated "No man lives unto himself, for every living thing is bound by cords to every other living thing." For many years progressive Spiritual unfoldment within The Moorish National Divine Movement of North America has become regressively retarded due to intrigue and scurrilous cunning. Now everybody shall be able to clearly see why The Holy Prophet Noble Drew Ali ___ warned the Moors "Do not allow any foreign moslems up in your rostrum." Just look at all of that abominable sacrilege that has been continuously ongoing because of the same kind of stubborn stiff neck disobedience that brings down wrath and destruction. Clearly the lower-self is pernicious and breeds hatred, slander, lewdness, murder, theft and everything that harms. This is the carnal nature man must fight that he might be the strength of Allah made manifest. All people in every nation has a higher and lower self within. Of paramount importance is for mankind to know that the higher-self is Allah's spirit in them. In a profound sense all people are brothers and sisters and like children under the Divine Guidance of Allah thru the everlasting gospel that comes from Him thru Our ancient fathers by His Prophets and the message of peace on earth goodwill to men. IT is the Spirit of Allah's All In All presence with us that binds all humankind to learn to love instead of hate. IT is man's True Spiritual nature (Origin from Allah) that impel us to have familial love for our fellow man in this journey of the (Asiatic Human Race). That also compel the nations to strive for peace and unity along with the pure wholehearted desire to be both prosperous and happy. The M.S.T. of A, Inc. Is the House The Holy Prophet Nobel Drew Ali ___ built for the ultimate upliftment and uniting of all humanity (Asia). One of the main motif motto written on OUR Moorish Holy Koran is "The Uniting of Asia." This is the symbolic Root of the Word Asiatic - The Human Family Fruition Tree: and Asiatic roots of IT Also became flesh thru command of Allah "Be fruitful and multiply blessings" causing A whole Lot of Holy Sex to be going on!:(Genesis Chapter 1). As men continue to Travel Anywhere in the world. They shall bear in mind that they're All of the same True Spirit of Almighty God - Allah who dwells within us. The divisiveness of reprobate-minded individuals is what causes this deep black chasm of abysmal discord, chaos, disobedience and evil in OUR world. Men disrespect Allah and His Divine Plans for the Mankind Creation by debasing himself thru:(Negative): Activity, impure thoughts, words and deeds which causes great harm to others; and clearly as sin tears man further away from Allah and His Holy prophets! These finite carnal-minded men exhibit the said pernicious and scurrilous characteristic traits (exposed with dirt on their heads) to the harm of others. But even more so, to the harm of themselves and those they hold to be most dear and close to them. What they do to others, they are actually doing to themselves unbeknownst of the type of wrath that forever hover over their heads of which can and eventfully shall make them "Roll around and around down on the ground" Like:(CBTH): by IT:&:(TNBSO). The very wicked things these workers of iniquity have been doing for over thirty-five (35) years is against Allah's will and against the will and agendas of His Holy Prophet The Lamb of God Representative of Noble Drew Ali ___, because they Are created Allah's Anointed and Ordained in Accordance with Divine prophecy. IT demonstration of OUR Holy Covenant of the Asiatic Nation herein contain Holy Instructions consistent with these Above foregoing ones: that hereinafter seek to further Advise, Divinely warn and Guide men to promptly adhere. (Continued on the Reverse of this page).

^ Udraka made a feast in honor of his guest

## A Holy Covenant Of The Asiatic Nation

Ye are the children of one father provided for by his care and the breast of one mother hath given thee suck. Let the bonds of affection therefore unite thee with thy brother(s) that peace and happiness may dwell in thy father's house. And when ye separate into the world remember the relation that bindeth you to love and unity and prefer not a stranger before thine own blood. If thy brother is in adversity assist him (Boaz). If thy sister is in trouble forsake her not (Ruth). So shall the fortunes of thy father contribute to the support of his whole race and his care be continued to you all in your love to each other. These holy and divine instructions is coming directly from the Illustrious Prophet Noble Drew Ali and as the Founding Father Figure Portrayed in His Koranic Pictograph of The Moorish Science Temple Of America, Inc. IT and All of His currently existing Corporate: (Literary) works containing instruction, order, command, mandate and or supreme edict shall and must at all times be obeyed and adhere to. All true adept shall and must obey the word of The Prophet which is required by OUR Religious Incorporated rule, and by law regulations. Disobedience and Contravention of these supreme law mandate shall acquire swift immediate severe penalty consequences calling for the instant forfeiture of official and charter status and where appropriate wherein treasonous threats to U.S. National Security the penalty shall be physical death by execution or other severe punishment IT deem just and proper. The Holy Divine Prophet Noble Drew Ali took great pains in establishing this lawfully chartered and incorporated: (Spiritual Entity): in the State of Illinois. Of which was well-planned out by him and set into perpetual motion thru (OUR AUTHORITY) Affidavit of Religious Organization for: (The Great Program Purpose of Uplifting Fallen Humanity): and to Teach those things necessary to help make IT members condition better as Law Abiding citizens: (This organization of The Moorish Science Temple Of America is not to cause any confusion nor to overthrow the laws and constitution of the said government but to obey and abide thereby). This free national Objective Comes freely thru the First Amendment Door of Religious Freedom that swings wide open for all mankind to come and worship and propagate under their own vine and fig tree and every nation must claim their own. The Holy Prophet Noble Drew Ali Sound The First Trumpet "Come all ye Asiatic of North America and hear the truth about your nationality and birthrights. Because you are not negroes, colored folks, black people or ethiopians. Learn of your forefathers ancient and divine creed so that you may learn to love instead of hate!" The Holy Prophet Noble Drew Ali : (Presently): Teaches you: (Official Moorish Vanguard): referred to herein that the First Original Peoples on earth were the Ancient Moabite Nation from the land of Moab; and all other nations descended from us. The modern name for Moabite is Moroccan. There is three (3) tribes of the ancient Moabites and they are of the El, Bey, and Ali tribal designation: 'A Holy Nation of Allah's Masterful Planning and Design.' The Illustrious Prophet NOBLE DREW ALI Knew that thru: (Adoption): &: (Society): 'OUR Holy Nation' can be reboot: (Redeemed/Resurrected): in such manner for the: (Rebirth): and ultimate upliftment of All mankind. This is where: (Chapter 32 and 36- of the Hurd's Revised Statues): come into the currently existing: (Special Federal Moorish Masonic Bona fide Adept Official Purview Agenda Issue as to whether or not the above signed: Chief Gate Keeper: Custodian: Warden: Ambassador: Divine Public Minister: Consular: Missionary: Vestryman: Supreme Grand Sheik: Sultan: Parliament Sovereign Command: Lamb of God Personage: (persona grata): duly: (Appointed): &: (Elected): by the: (Grand Body of Executive Rulers of the Adept Chamber of The Moorish Science Temple Of America Incorporated Third Heaven)...... Is at all dates and times relevant hereto: (Federally Authorized): and: (Officially Consigned): by and thru: (Special Contract Agreement): with the: (Charge): of: (Securing): and: (Redeeming): 'The Key of David': back to: (IT): original pristine quintessence in: (Conformity) with the meaningful: (Special Federal Moorish Masonic Bona fide Adept Official Protections & Sovereign Diplomatic Immunity Privileges): Created, clearly established and guaranteed to Him pursuant Title 42 U.S.C. Sections 1981, 1985(2)(3), 1986? The above reference: (Asiatic Holy Covenant): Boaz & Ruth Measure; has the same: (Kindred): Kind of adversity: (advisement): requiring assistance that's: (Synonymously in concert) with the aforesaid: (Special Contract Agreement): for Him to: (Completely Redeem & Restore All of IT: The Key of David): and directly in correlation to His: (Presently Existing Special Federal Moorish Masonic Bona fide Adept Official Chief GateKeeper Custodian Kinsman Redeemer): position: (See Holy Bible Book of Ruth Chapter 4, verses 1 thru 10): In combine: (Combination with the Special LAnd & Property MAndates Referred to in Holy Bible Book of Genesis: 13, 14, 15, 16, 18: 17-19, 22-23: And Act 19 of OUR Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc.) Ruth is the: (Ancestress-Ancestral Science): of OUR Moabite Mother Moorish Temple of which presently gives us suck: (Succor & Proper Nourishment): symbolically referred to in the Above reference Holy Covenant Instructions from out of OUR Moorish Holy Koran jewels of Wisdom; as: (Taught): by the Illustrious Prophet Noble Drew Ali and of wisdom we have heard about in Chapters 1 thru 10 of the Holy Bible Book of Proverbs. This (Moorish Science Temple) is not made of brick, mortar, or stone; and as a: (Spiritual Holy Temple): IT shall never be destroyed nor further hedged about with finite bounds of any kind. In her (The Mother Temple) can also be found the (Supreme Edict) to all True and Faithful Moorish Vanguard Official directly from The Holy Divine Prophet __ "Protect I the Prophet and the Temple!" _____ . Including but not limited to:

| SALVATION | ALLAH | UNITY |
|---|---|---|

## THE MOORISH SCIENCE TEMPLE OF AMERICA, INC.

FOUNDED BY PROPHET _Noble Drew Ali_

NEWARK, NEW JERSEY IN THE YEAR 1913 A.D.

Bro.Col.C.Kirkman BEY Past S.G.A.&M.   Bro.J.Blakeley Bey, Past S.G.A.&M.   Bro.F.Nelson Bey, PAST S.G.A.&M; PRESENT Supreme Grand Advisor & Moderator _Sheik A. L. Martin Ali El Bey_

Dated 10-7-20

( Chief Gatekeeper Custodian of The Moorish Science Temple Of America, Inc.)

Notice: This document represent new currently existing Special federal Moorish adept Official Letterhead stationery for the purpose of Keeping in line with all necessities of The Moorish Science Temple Of America, Inc. and to make IT members become law abiding citizens.

The above signed Present Supreme Grand Advisor and Moderator Chief Gatekeeper Custodian of The Moorish Science Temple Of America, Inc. Is hereby legally entitled to all of the same kind of Special Federal Moorish Masonic Bona fide Adept Official Ambassador Parliamentary Sovereign Ruler Authority Diplomatic Immunities, Privileges, Vanguard and Grand Mufti Force Protections Instantaneously bestowed and or conferred upon The Holy Prophet Noble Drew Ali _____ and all the above named Past Supreme Grand Advisor & Moderators held at all times inviolate (hands-off) emeritus; under privilege of commission mandates. However, intrigue and scurrilous pernicious cunnings and their co-conspirators currently seek to continue unlawfully supplanting and subverting all of this traditional Special Sovereign Ruler Authority and Moorish Honor for over a thirty-five (35) year period to date. These flagrant and malicious violations of the laws grossly dishonor the memory of The Holy Prophet Noble Drew Ali _____ and his lifetime industrious (Humanitarian) & (Illustrious) prophetic works as well as further seek to continue (Defecating) abominable abhorent turds of (Iniquitous), (Inhospitable), (Pernicious) mischief; of which also dishonor IT currently existing Special Federal Moorish Masonic Bona fide Adept Official Personal Private Administrative Identification License Credential Mandate Commission. This is totally contrary to the (Remedial Prescription) set forth in the (Divine Precepts) of (OUR Holy Covenant of the Asiatic Nation). That's wholly intended to (Unify) the (Official) members of The M.S.T. of A, Inc., and subsequently the whole of humanity. Instead of sowing the kind of (Chaos and dissonance) currently evident in (OUR Moorish Masonic Society Combine) ranks. The Moorish Science Temple Of America has always been a (Lawfully Chartered Incorporated Religious Organization) ever since IT inception and Official Legal recognition as a (Corporate) part and partial of and gradual (Merging) into the (Sovereign) United States of America (Foreign Corporation) federal government (body politic) by and thru IT (Incorporation) as such a (Providential Province Entity) of and under the (Auspice) of the State of Illinois (Articles of Incorporation) Charter; and as set up and founded by the Egyptian Adept Prophet _Noble Drew Ali_ _____ for the (Sole) purpose of uplifting fallen humanity as well as (Teaching) obedience to the (currently existing) laws symbolically made reference to in the above provided notice and in direct correlation with these foregoing (official letter-head Stationery of IT Creative Science) and (present: adept agenda) now hereinafter (Civil Issue) of material fact. IT (Presently) Teaches IT official members about how to honor and uphold the Lawful (Dictates) of (OUR Holy Covenant) thru: (Moorish Vanguard Unity & Coherency) in federal law enforcement and IT tenacious pursuit for the (Immediacy) of the administration of justice. In Science IT Teaches them about nationality, divine creed and birthrights as the royal heirs descendant from the Holy Prophet Abraham in (Spiritual Connection) with the synonymous (Everlasting Covenant) established between OUR Father God-Allah and the mankind inhabitants on this earthland of promise. IT also Teach that IT member shall fortify themselves with the impregnable doctrine built upon love, truth, peace, freedom and justice. And in order to demonstrate true justice, one must be able to obey, and enforce the law. Islam (I Self Lord and Master) as taught by OUR Holy Prophet ___ Noble Drew Ali _ is law. Law is government all over the world. And government that is fair and just represent Almighty God-Allah; because no government can exist without His Knowledge and will. As history reflects, governments that are unjust and disobedient to the law were destroyed. Laws are made for the administration of justice and to maintain order through their enforcement. All of the declaration, proclamation, holy divine instructions, laws, order and commands as handed down by The Illustrious Prophet _Noble Drew Ali_ ____ to IT members that currently exist in OUR literature functions of The Moorish Science Temple Of America is effective immediately for the proper running and operation of Same and the (Purpose), aims and religious objectives for which IT was clearly established. Any person(s) who use the name(s) of The Moorish Science Temple Of America, in any manner that's contrary to IT aforementioned laws and Rightful Sovereign Authority is in clear violation of the laws and Constitution of the United States and IT by laws. This is the type of unlawful conduct that's forbidden and referred to when The Holy Prophet _Noble Drew Ali_ ____ declared as law that "any interference with the proper running and operation of this Moorish National Movement shall be tolerated by no one." Peace

## Holy Instructions

Greeting: Praise Allah The Great Architect of the universe. Honor All True Divine Prophets Ordained and Sent to earth from Almighty God - Allah. Special Moorish Adept Key Verse: Happy is the man who hath sown in his breast the seeds of benevolence. The produce thereof, shall be charity and love. From the fountain of his heart shall rise rivers of goodness and the streams shall overflow for the benefit of mankind.

| State of Missouri | ss: | (Attached) Special Federal Information |
|---|---|---|
| County of Callaway | | (Exhibit E7) |

Re: Affidavit of Fact and Special Federal Moorish Masonic Bona fide Adept Official Appurtenance Information Mechanism Agenda Issue Measure; Obeying Act 7 of OUR Divine Constitution In the Order to Keep in line with all necessities of The Moorish Science Temple Of America Incorporated Into The United States Of America Present Moroccan Empire Supreme Grand Body Politic Council; Corporately Encompassing the Simultaneous Mutual Spontaneous Adoption of the State of Illinois Merging within OUR Moorish Science Temple Of America Society as of the date November 29, 1926 A.D. By and thru Incorporating OUR AUTHORITY Affidavit of Religious Organization As a Perpetual Motile Spiritual Establishment of The Elite Club Ad Infinitum; and for The Purpose of Uplifting fallen humanity In Conjunction: Chapters 32 and 36 of the Hurd's Revised Statues. Thus, deriving IT Authority and Power from the great Koran of Mohammed by Parliament Sovereign Command of the Great universal and God man of to Day the Current Chief Gatekeeper Custodian:: Supreme Grand Advisor and Moderator of The Moorish Science Temple Of America: Sheik A. L. Martin Ali El Bey  Affiant Claimant herein; who Hereby assert and attest that:

(1) Affiant is a long promised native-born Son of the State of Missouri, as well as Third or Fourth Generation Free National Mason Moor Indigenous Citizen Inhabitant Federally Naturalized Within the territorial jurisdiction of the above reference United States of America Present Moroccan Empire. Wherein Affiant was so born on the 27th Day of the month December in the year of His:(Lordship As The Lamb of God-Allah 1966 A.D. to present): in the City of Kansas City State of Missouri. Thus:(Exceptionally):due to an:(Extraordinary Change of Circumstances): based upon His:(Current): Spiritual, Religious, Cultural, and Sovereign Free National Being:(Existent Belief): System. His:(Nationality):is:(Moorish-American); He is of the:(Olive Hue Asiatic Race); and a:(Devout Mason Moorish Moslem Entitled):to:(Federated Diplomatic Protections):as part and partial of the:(Islamic Creed of Mecca). Including but not limited to:

(2) Affiant has legally:(Adopted):the:(Special Federal Moorish Masonic Bona fide Adept Official Holy Free National Tribal Name Attributes:(ALI, EL, and BEY):in both:(Capital and Small Case Lettering):as well as:(Lawfully Claim): as His Own:(Personal Private Property): the:(Sole):Legal:(Ownership): and:(Usage): of:(IT Corporate Home Office Name(s) and:(Religious Letterhead): of:(The Moorish Science Temple Of America, Inc.): aforementioned. As: (Present Chief Gatekeeper Custodian::Supreme Grand Advisor and Moderator): above reference and further referred to as the:(Highest Office):Mandate: in:(Act Eighteen and Act Nineteen of the Booklet of Rule and Regulations);the:(Affiant):herein is the:(Sole Special Federal Moorish Masonic Bona fide Adept Official Claimant):of:(Any and All Sovereign Authority Power & Merchandise):thereof. Including but not limited to:

(3) Any and all other:(Official):Office of The Moorish Science Temple Of America:(Incorporated):hereinafter:(Technically): remain:(Forfeit):and:(Vacant):in:(Conformity):and:(Conjunction):with:(Act 18 and Act 19 of The Moorish Science Temple Of America Rule and Regulations:(Relevant):to:(IT the Affiant): Fundamental U.S. Constitutional Federally Protected Civil Liberty Interest rights, protections, privileges, and Sovereign Diplomatic Immunity:(Unalienable): above reference:(Apparatus Incidental Legal):entitlements. Due to and as a:(Direct):result of all of:(IT):the:(Affiant):'supposed': legal:(Personal Corporate Official Sponsor Partnership):'Evident':(Failure): to:(Instanter):Place Any and all such transportable tangible merchandise:(printed or otherwise):in the hands of the above reference:(Chief Gatekeeper Affiant Custodian): at anytime during His:(First): having been given:(The Key Of David Thru A Prayer From Out of the Holy Bible 119th Psalm): to present:(In contravention of the aforesaid:(First Convention):mandates. Including but not limited to:

(Holy Instructions)                                                                         (Special Federal Document)

Salvation                                 ALLAH                                 Unity

Greeting: Praise Allah The Great Architect of the universe. Honor All True Divine Prophets of Allah. The Holy Prophet Noble Drew Ali told the Moorish Leaders "Do not burden my Moors. Do not place a burden on your brothers and sister's. The Moors of America have been too long without the Divine Truth sent by Almighty God-Allah; and no obstacle or burden shall be placed before them to hinder any Moor from getting that which would save them. Handle my Moors with silk gloves."

                          The Moorish Science Temple Of America, Inc.
                          Founded by The Holy Prophet Noble Drew Ali
                          In the State of Newark New Jersey 1913 A.D.
                          Sheik A. L. Martin Ali El Bey  :(Present
                          Custodian/Supreme Grand Advisor & Moderator)
                                The Great Meeting Is On!

Continued from the: (Attached Exhibit E7)

(4) Due to the: (Extraordinary Change of Circumstances): demonstrated in the Special Federal Information: (Exhibit E7): document: (Attached): hereto. Affiant herein, is the only person lawfully entitled to make usage of any and all merchandise: (printed or otherwise): bearing the Star and the Crescent, the Circle Seven, the Cycle and the Grip, or the names, Corporate Seals or photographs of Noble Drew Ali, or the names of the Supreme Grand Advisor and Moderator, and or of The Moorish Science Temple Of America and The Moorish Holy Temple of Science; as mandated and referred to in: (Act Nineteen of the Rule and Regulations): thereof. Including but not limited to:

(5) Formerly and: (Formally): the State Of Missouri is an: (Assumed): "Supposed" Legal: (Corporate Subsidiary): of the United States of America combine. The Attorney General Office of Missouri is Legally "Supposed" to be the: (Chief Administrative Law Enforcement Official): of the said State; and is the same Kind of: (Official): made reference to in: (Act 15-Fifteen of OUR Booklet of Rule and Regulations of The Moorish Science Temple Of America, Inc. Which states in relevant part: "Each and every official shall receive their instructions and orders issue from the Supreme Grand Advisor and Moderator." Including but not limited to:

(6) IT the: (Affiant): herein, does not believe that: "Each and Every": (Official): of the Missouri Attorney General Office have been totally unaware of the fact, that "Affiant has been given this Kind of: (Extraordinary Special Federal Moorish Masonic Bona fide Adept Official Sovereign Ruler Authority and Power): thru the: (Spiritual: Religious: Corporate: Ceremonial: Transference of The Key of David): above reference to the: (Combined Sovereign Authority): of both the: (United States of America): and: (The Moorish Science Temple Of America and IT Present Moroccan Empire); while: (Affiant): was in Jefferson City, the State Capitol of Missouri. Without the Missouri Attorney General: (Official): Office "not knowing IT is: (Currently): in the: (Affiant Physical Human Form): of and within said State; all of these many years gone by, to present? Including but not limited to:

(7) Where those of you in the aforesaid: (Assumed): Office; are "Supposed" to be "Chief Administrative Law Enforcement Official" of the State. The withholding of: (IT the Affiant): Special Federal Moorish Masonic Bona fide Adept Official Personal Commission Identification License Credential and Badge. That: (Currently Exist): for: (The Purpose): of: (Federally Identifying): him and: (IT Special Federal Moorish Masonic Bona fide Adept Law Enforcement Official Sovereign Diplomat Status): station; (Immediately): Upon: (Issuance): into: (Existence); confer: (Fundamental): Clearly established: (Federally Protected Liberty Interest): rights, protections, privileges, and Sovereign Diplomatic): immunities upon: (Affiant): herein.... Any such: (Withholding): and: (Intervention): to: Knowingly: Willfully: flagrantly: and: Intentionally: interfere with, hinder, obstruct and prevent him from: (Receiving Immediate Access): to them. Thru the State, its agents and or sponsors unconstitutional actions; corrective inaction or tacit agreement complicity. In unlawful conspiracy against: (Affiant's): aforestated civil Liberty rights; and further for any other reason whatsoever; that's contrary to: (The Purpose): of their: (Initially): being: (Created: Issued: and Commissioned): for and to: (Affiant): to be Legally entitled: "Since the year 1985 to present". Violated both the Missouri and United States Constitution(s) and by Law; and also contravene Title 42 U.S.C. Sections 1981, 1985(2)(3), 1986; and Title 18 U.S.C. Section 241. As asserted, attested and referred to in Paragraphs (1): thru: (6): above. See also content of Exhibit E6, Exhibit 1A, Exhibit 1B, and Exhibit E7 Attached hereto. Including but not limited to:

(8) The:(Official):personnel of the Missouri Attorney General Office has been "charged" by the United States Government thru existence of the State and Federal Constitution and by Law; as well as the "Common-Law Oath of Office duty." To make sure that a:(Special Federal Moorish Masonic Bona fide Adept Law Enforcement Commissioned Officer): Such as:(Affiant):herein. Is:(Afforded):and:(Provided):"Every available common-sense amenity, comfort key to city and state courtesy and convenience. Befitting:(Some One):of such prestigious Commission, honor, Moorish Masonic:(Society):Rank and Status." Also, of paramount importance your:(Official):duty to:(Insure):that:(IT the Affiant):be at any and all dates and times:(unobstructed):in being:properly:(Identified): by any and all:(State Agencies and Official of Missouri. Especially, thru any and all:(Special Federal Moorish Moorish Masonic Bona fide Adept Official Personal Commission License Credential and Badge):that:(Currently Exist); and have:(Federally Issued):thru:(Special Federal Mandate): in Conformity with the:(Special Federally-Protected Moorish Masonic Bona fide Adept Official Society Great Program of Uplifting Fallen Humanity Activities in conjunction with the U.S. Justice Dept.:(Executive):Administrative Procedure Act(APA) Title 5 U.S.C. §551(13): and:(Act 7 Seven of:(OUR): aforementioned Booklet of Rules and Regulations" of The Moorish Science Temple Of America, Inc. Further, the:(Official): duty to make sure:(Affiant):Receive:(Immediate Access):to any and all:said: (Special Federal Moorish Masonic Bona fide Adept Official Personal Commission Records, Articles, Documents, License and Credentials:(Formally Requested): in the document:(Attached):hereto as:(Exhibit E8): in:(Conformity): with all the:(Holy Instructions): of which are the same kind of instructions hereinafter being issue in accordance with:(Act 15 Fifteen of OUR aforesaid Rule and Regulation of The Moorish Science Temple Of America, Inc. and Inclusive of:(Holy Instructions): hereinafter:(Adept Agenda): Issued as is asserted, set forth, attested and referred to in these:(Exhibit 1A, Exhibit 1B, and Exhibit E7): documents:(Attached):hereto; and In the Interest of United States National Security. Including but not limited to:

(9) Evidently, this kind of aforementioned unconstitutional intervention, hinderance, prevention, and obstruction of justice has been on-going for (far too many years gone by now) up to the present. That has unlawfully given servomechanism to several State agencies and other persons known and unknown such as: the Missouri Department of Corrections and Human Resources:(from the year 1985 to 2009); former Missouri Governor John Ashcroft; other past governors all the way up to the present(assumed) Gov. Michael L. Parson; Kansas City Police Department (KCPD); Jackson County Circuit Court (JCCC); Jackson County Detention Center (JCDC); Dept. of Mental Health (DMH); Center for Behavioral Medicine (CBM); Ku Klux Klan(KKK); Order of the Eastern Star (Ringleaders secretly running/operating State of Missouri corporate agencies); Ann Washington-El and others false and fraudulent duplicate corporate seals illegally used to countermand, supplant, and subvert:(Affiant's): aforestated:(Special Federal Moorish Masonic Bona-fide Adept Official Personal Commission Sovereign authority, rank, Status and Traditional Sultanate Station). In cahoots, agreement and collusion with each other for purposes unlawful conspiracy and racketeering; and to in furtherance deprive (Affiant): of Life, Liberty, and personal private merchandise property; without equal protection under the Constitution and:(Supreme Mandate Commissioned Laws):of the United States. As is asserted, set forth, attested and made reference to in: Paragraphs (1) thru (8) above. See content of documents (Attached) hereto as Exhibit E5; Exhibit E6; Exhibit 1A: and Exhibit 1B. United States v. Price, 383 U.S. 800-806 (1966) Including but not limited to:

(10) The unconstitutional activities referred to in Paragraphs (1) thru(9) above. Is directly in contravention of The Divine Universal Principal Of Love, Truth, Peace, Freedom and Justice. As well as seek to unlawfully continue to "supplant and subvert" the Commission Conferred upon The Holy Prophet Noble Drew Ali now:(Solely Vest): in: (Affiant); and further seek to eradicate/Affian'ts): Lawful:(Sovereign Authority): and :(Supreme Law Mandate): endorsed by the United League of Nations Pan-America Conference:(First National Convention): held during the year 1928; in Havana, Cuba. Including but not limited to:

(11) Affiant has never authorized such unlawful activity and further does not condone them. Including but not limited to:

(12) One day every nation wheel turn against the United States. One day every will of industry shall come to an abrupt halt! and when they start up again IT shall be in the Asiatic favor. I am signed up to go a certain way with the government and I must go that way. Every word I speak is spirit and you Moors had better heed. My good Moors are going to live. You good Moors are just plain rich. Take good look at my corporate photograph on the inside first front page of Our Moorish Holy Koran. Here or there on the (soul plane) you shall see me stand like Napoleon. Because I am both a leader and a emperor. If you were to utilize your divine mind or third eye, you would be able² clearly see how I am standing in that portrait of me. Pay attention and focus so you can see IT again. Then you will be able to remember how I look everytime you see my pictograph. Including but not limited to:

(13) In:(IT the Affiant's Sovereign Moorish Retrospective): the Grand Body referred to in:(Act 15-Fifteen: Of OUR aforementioned Booklet of Rules and Regulations of The Moorish Science Temple Of America, Inc. Is the same:(Special Federal Moorish Masonic Bona fide Adept Official Corporate Auxiliary of IT):Who has: (Lawfully): and:(Officially): conferred upon:(Affiant):the:(Official Appointment): for:(Him the Lamb of God): to:(Receive The Key Of David):commission in Jefferson City, the State Capital of Missouri:(Over Three Decades Ago); and also:(The Grand Body):that further made and entered into:(Special Federal Moorish Masonic Bona fide Adept Official Contract Agreement); for:(IT the Affiant):to:(Completely):&:(Thoroughly): 'Adeptly:(Secure and Restore IT Pristine Quintessence of Sovereign Ruler Authority Honor): respectively. And with the:(Special Federal Moorish Masonic Bona fide Adept Official Supreme Authority Right and Duty to effectively:(Enforce): the aforesaid:(Special Federal Moorish Contract Agreement); while:(Simultaneously): being hereinafter:(Lawfully Entitled): to be:'Administratively:(Afforded):&:(Provided):Immediate: (Access):to:(IT Special Federal Moorish Masonic Bona fide Adept Official Personal Commission License Credential and Badge). Without the kind of:(So-called 'trial test'): interference, prevention, hinderance, intervention and obstruction of justice asserted, attested and referred to in Paragraphs (1) thru (12) above. Inclu-

ding, but not limited to: That:(Flagrantly): Violate Title 42 U.S.C. Sections 1981,1983,1985(2)(3),1986; Chapter 13-Title 18 U.S.C. Section 241; and several other State and Federal Laws. See content of documents: (Attached): hereto as: Exhibit E5, Exhibit E6, and Exhibit 1A. Including but not limited to:

(14) In the sunshine, other law can be illuminated. And this Special nativity Son of Missouri demonstrates and exudes this sign symbolic light ray beam of IT Corporate diplomatic truth of immunity. In special federal secret government connection thru the show me state incorporation into the U.S government currently existing federal commission vest in IT Moorish Masonic Sovereign ruler. As such, by and thru incorporation as a part and parcel of IT the Affiant Corporate make-up and Supreme personage. OUR United States of America and Its State of Missouri is diplomate immune from any such encumbrance and/or cumbrous shackles and tumors on IT Moorish Masonic soul. These conferred commissions exempt the whole of the United States from any criminal proceedings in force and effect of which would be otherwise tantamount to allowing criminal charges against a part of IT Corporate domain. Further, these exemptions are not intended to include dismissal of any criminal charges against any of the (wanted) (known and unknown persons) named in and referred to in Paragraph (9) above, and Exhibit E5, 1A, and 1B. Attached hereto. Nor, are said (empowered) exemptions intended to dismiss any:(Civil Lawsuit liability colorable Claims): that the: (Affiant): hereinafter seeks to pursue; as a direct result of the "irreparable loss and deprivation" of his fundamental U.S. Constitutional clearly established federally-protected civil liberty interest rights asserted, attested, set forth and referred to in Paragraphs (1) thru (13) above. U.S. v. Price, Supra. Including but not limited to:

(15) In view of the aforestated facts asserted, attested, set forth and referred to in Paragraphs (1) thru (14) above. IT the United States Federal Government and State of Missouri have a governmental interest to not be unlawfully considered as being active participant(s) in on-going:(Intra-Corporate Criminal Conspiracy);as a result of any of IT agencies aforementioned unconstitutional activites; and further an interest in not having every nation turn against IT. Including but not limited to:

(16) The State and its agents of Missouri such as the:(Mo. Attorney General Office): Shall and and must" at all times obey, adhere to and enforce State and federal laws under their "Oath of Office" to uphold the Mo. Constitution that cannot be in conflict or contrave the Constitution and Federal Law (mandate) and by law of the United States such as: (Act 15 Fifteen of Our Rules and Regulations of the aforementioned: (Moorish Science Temple Of America, Inc.); and the above foregoing: (Holy Instructions) contained herein: (Effective Immediately): Including but not limited to:

(17) Affiant herein, is of Sound mind and Legally competent:(Moorish Masonic Adept: enough. To have personally prepared, formulated, as well as demonstrated the content of this foregoing:(Affidavit of Fact & IT Apparatus); in the Interests of Justice and United States National Security. Including but not limited to:

In conclusion, the initial (Initiate) first duty of a freemason everywhere. Is obedience to the mandate of master mason instructions.

Declaration
IT hereby declare that the above and foregoing is true and correct. Title 28 U.S.C. § 1746.
Execution date  10-7-20

Peace

S.G.A. & M.